UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TOM WHITAKER, TRUSTEE, et. al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:04-CV-1401-SEB-VSS |
| | ) |
| SHUCK CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT
AND PERMANENT INJUNCTION**

Defendant Shuck Corporation having failed to plead or otherwise defend in this action, and its default having been entered, now, upon application of the Plaintiffs, the Plaintiffs are entitled to the sum of $2,022.50 for attorney fees and costs, the attorneys for the Plaintiffs being entitled to a reasonable attorney fees and costs for their services rendered in this matter, as shown by the Affidavit of Frederick W. Dennerline, III, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Funds recover the sum of $2,022.50 for their attorney fees, expenses and costs, for a total judgment in the amount of $2,022.50.

IT IS FURTHER ORDERED that the Defendant should be and is PERMANENTLY ENJOINED as follows:

Defendant, its agents, servants, employees, and all persons in active counsel and in participation with it, are permanently enjoined from failing and/or refusing to make timely payment of monies due Plaintiff Funds on behalf of all of Defendant's employees

for whom contributions are required under the aforementioned collective bargaining agreements, beginning with the contributions for the month of November, 2005. All future contributions will be paid on or before their due date on the basis specified in any collective bargaining agreement between the Indiana Regional Council of Carpenters and the Defendant.

Dated   03/24/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE
1213 North Arlington Avenue, Suite 204
Indianapolis, IN 46218
fdennerline@fdgtlaborlaw.com

Shuck Corporation
c/o David Shuck, Registered Agent
3050 S. Harding Street
Indianapolis, IN 46217

p/729/jlb